DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RODNEY LOCKETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0431

_____

May 15, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Larry Keith Meyer, Jr., Judge.

Rodney Lockett, pro se.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.